O'Reilly, Respondent, vs. Marg, Appellant.

*November 15—December 19, 1944.*

*Donald L. Farr* of Eau Claire, for the appellant.

For the respondent there were briefs by *Hugh G. Haight* of Neillsville, attorney, and *Brazeau & Graves* of Wisconsin Rapids of counsel, and oral argument by *Theodore W. Brazeau.*

FAIRCHILD, J. This case was tried with, and involved the consideration of questions determined in *Tews v. Marg, ante,* p. 245, 16 N. W. (2d) 795. The conclusions reached in that case control here.

*By the Court.*—Judgment reversed, cause remanded with directions to grant a new trial, to allow an amendment of the pleadings by both parties upon payment of the costs below and upon this appeal, by the respondent.